# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1714 Disciplinary Docket No. 3 |
| | : | |
| SABRINA L. SPETZ | : | No. 31 DB 2011 |
| | : | |
| | : | Attorney Registration No. 90506 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Allegheny County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2020, the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the petition. *See* Pa.R.D.E. 218(f).